# Third District Court of Appeal

## State of Florida

Opinion filed April 26, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1983
Lower Tribunal No. 18-33927
_____

**Raul Mas Canosa,**
Appellant,

vs.

**City of Coral Gables, Florida, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Charles Johnson, Judge.

Rene E. Lamar; and New Civil Liberties Alliance, and Sheng Li, Jared McClain, and Richard A. Samp (Washington, DC), for appellant.

Ashley Moody, Attorney General, and Barbara Junge, Assistant Attorney General (Fort Lauderdale), for appellees Florida Department of Law Enforcement and Commissioner Richard Swearingen; Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., and Abigail G. Corbett, and Giselle Gutierrez; and Frank A. Shepherd, P.A., and Frank A. Shepherd; GrayRobinson, P.A., and Jack R. Reiter, Veronica A. Meza and Sydney M. Feldman, for appellee City of Coral Gables.

Before HENDON, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.